667 So.2d 640 (1995)
Lanice FIELDER
v.
MAGNOLIA BEVERAGE COMPANY, INC.
No. 93-CA-01222-COA.
Court of Appeals of Mississippi.
June 27, 1995.
Rehearing Denied September 5, 1995.
Certiorari Denied October 26, 1995.
*641 Laurel G. Weir, Thomas L. Booker, Jr., Weir & Booker, Philadelphia, for appellant.
Michael D. Herrin, J. Richard Barry, Bourdeaux & Jones, Meridian, for appellee.
EN BANC.
Reversed and Remanded.
FRAISER, C.J., BRIDGES, P.J., BARBER, COLEMAN, DIAZ, KING and PAYNE, JJ., concur.
THOMAS, P.J., and McMILLIN and SOUTHWICK, JJ., dissent.